LAW OFFICES
## WICKHAM, BRESSLER, GORDON & GEASA, P.C.
275 BROADHOLLOW ROAD, SUITE 111
MELVILLE, NEW YORK 11747

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
LYNNE M. GORDON
JANET GEASA

631-249-9480
TELEFAX NO. 631-249-9484
wwblaw@aol.com
ebressler@wbgglaw.com

WILLIAM WICKHAM (06-02)

MATTITUCK OFFICE
13015 MAIN ROAD
P.O. BOX 1424
MATTITUCK, NEW YORK 11952
631-298-8353
TELEFAX NO. 631-298-8565

November 8, 2010

VIA ECF

Hon. Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

   Re: Nicholas Zirogiannis v. Dreambuilder Investments, LLC and
     American Servicing and Recovery Group, LLC
     Index No.: CV-10-4742 (Spatt, J. (Lindsey, M.)

Dear Judge Spatt:

  This firm has recently been retained to represent defendants in the above-referenced matter. We write to request a 30 day extension of time in order to answer or move with respect to the complaint to and including December 9, 2010.  The original time for response is November 8, 2010.  This request is on consent of the attorneys for plaintiff.  There have been no prior requests for extension of the time to answer or move.

  Thank you for your courtesies in this regard.

Very truly yours,

 /s/

Eric J. Bressler
EJB/rc
cc: Abraham Kleinman