LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

February 9, 2011

**VIA ECF**
Honorable Judge Arthur Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Re: Nicholas Zirogiannis *v.* Dreambuilder Investment, LLC, **American Servicing and Recovery Group, LLC. (10-cv-4742)**

Dear Judge Spatt:

We represent the Plaintiff in the above-mentioned case. We write to request an extension of time in order to respond to Defendant's Motion to Dismiss Amended Complaint. The original time for the response is February 9, 2011.

There have been no previous requests for an extension of time to respond with respect to this motion. No previous requests for extension of time have been made by the Plaintiff in this action. Two requests were made by the Defendant, agreed to by the Plaintiff, and granted for 1. an answer to the original complaint and 2. an answer or move to the amended complaint.

Thank you for your consideration.

Sincerely,

Abraham Kleinman

cc: Eric J. Bressler