LAW OFFICES
## WICKHAM, BRESSLER, GORDON & GEASA, P.C.
### 275 BROADHOLLOW ROAD, SUITE 111
### MELVILLE, NEW YORK 11747

ERIC J. BRESSLER
ABIGAIL A. WICKHAM
LYNNE M. GORDON
JANET GEASA

631-249-9480
TELEFAX NO. 631-249-9484
wwblaw@aol.com
ebressler@wbgglaw.com

WILLIAM WICKHAM (06-02)

MATTITUCK OFFICE
13015 MAIN ROAD
P.O. BOX 1424
MATTITUCK, NEW YORK 11952
631-298-8353
TELEFAX NO. 631-298-8565

February 22, 2012

VIA ECF

Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

> Re:    Nicholas Zirogiannis v. Dreambuilder Investments, LLC and
>        American Servicing and Recovery Group, LLC
>        Index No.: CV-10-4742 (Spatt, J.) (Lindsey, M.)

Dear Judge Lindsay:

We are the attorneys for defendants and write regarding a Confidentiality Stipulation and Order which has been agreed to by the parties. We are simultaneously herewith filing the stipulation and order and respectfully request that you "So Order" the stipulation.

Thank you for your consideration of this request.

Very truly yours,

/s/

Eric J. Bressler
cc:    Abraham Kleinman
       Zack Jacobs