LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

April 5, 2012

**VIA ELECTRONIC FILING**
Honorable Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722

      **Re: Nicholas Zirogiannis v. Dreambuilder Investment, LLC, American Servicing and Recovery Group, LLC (10-cv-4742)**

Dear Judge Lindsay:

    I represent the Plaintiff in the above-mentioned case. I write to respectfully request an adjournment by 30 days of the Pretrial Conference, which was set for April 11, 2012 at 11 a.m. by a scheduling order dated September 29, 2011 [D.E. #30], for two reasons. First, the parties have reached an individual settlement in principle in this matter, and are currently formalizing their agreement. Upon execution of the settlement documents, the parties will file the appropriate stipulation of dismissal. Second, counsel for Plaintiff will be out of the state and unavailable for the scheduled conference.
    Counsel for Defendant has consented to the request. There have been no previous requests for an adjournment of this conference.
    Thank you for your consideration in this matter.

Sincerely,

s/ Abraham Kleinman
Abraham Kleinman

cc: Eric J. Bressler