IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x

NICHOLAS ZIROGIANNIS
on behalf of plaintiff and the classes
defined herein,

                Plaintiff,

  vs.

DREAMBUILDER INVESTMENTS LLC;
AMERICAN SERVICING AND
RECOVERY GROUP, LLC;

                Defendants.

------------------------------------------------------- x

10-cv-4742

Judge Arthur D. Spatt

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached settlement on an individual basis which will resolve this matter. The parties are currently completing the documentation of the settlement, and request that all pending deadlines be stricken to allow the parties to finalize the documentation and file an appropriate stipulation of dismissal.

Respectfully submitted,

s/ Abraham Kleinman
Abraham Kleinman

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556
(516) 522-2621
(888) 522-1692 (FAX)

1

## CERTIFICATE OF SERVICE

I, Abraham Kleinman, hereby certify that on May 14, 2012, a copy of the foregoing document was filed electronically using the Court's CM/ECF system, which sent electronic notification to the following:

Eric J. Bressler (ebressler@wbglaw.com)

s/ Abraham Kleinman<br>
Abraham Kleinman